JOSEPH PACK v. JOSEPH P. QUAIL.

January 29, 1976. Petition for certification denied.

VISHRAM PARPIANI v.
EDWARD O. WICKBERG & COMPANY.

January 29, 1976. Petition for certification denied.

PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSUR-
ANCE CO. v. GOVERNMENT EMPLOYEES INSURANCE
COMPANY.

January 29, 1976. Petition for certification granted. (See
136 *N. J. Super.* 491).

TOWNSHIP OF MONTVILLE v. BLOCK 79, LOT 10.

January 29, 1976. Petition for certification granted.

JOHN MEADE v. KINGS SUPERMARKET-ORANGE.

January 29, 1976. Petition for certification granted.

JOSEPH R. McGARRITY v.
DEPARTMENT OF CIVIL SERVICE.

January 29, 1976. Cross-petition for certification denied.